IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COREY M. CAMPANA,

    Plaintiff,

v.

PHIL FIELDS AND JANE DOE,

    Defendants.

ORDER

Case No. 15-cv-656-wmc

Following the preliminary pretrial conference in this matter, the court issued an order outlining a schedule of this lawsuit and provided information to the parties about the applicable rules. (*See* Prelim. Pretrial Conf. Order, dkt. #20.) The order included a section describing the procedure by which plaintiff Corey Campana should identify the Jane Doe defendant. Specifically, the order directed plaintiff to file an amended complaint identifying Jane Doe by July 14, 2017. (*Id.* at 3.) The court warned Campana that the failure to meet this deadline may result in dismissal of the claims against this defendant. As that deadline has come and gone and Campana has made no attempt to substitute or identify this defendant, nor has he requested an extension of the deadline, the court will now dismiss "Jane Doe" as a named defendant in this case.

ORDER

IT IS ORDERED that defendant Jane Doe is DISMISSED from this lawsuit.

Entered this 10th day of August, 2017.

                      BY THE COURT:
                      /s/
                      WILLIAM M. CONLEY
                      District Judge